IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Valeri P. Barnes, Courtroom Deputy         Date: June 5, 2008
Therese Lindblom, Court Reporter
Melinda Gonzalez Hibner and Suzanna Cahill, Interpreters

Criminal Action No. 07-cr-00275-EWN

*Parties:*                                                    *Counsel:*

UNITED STATES OF AMERICA,                     James Boma

      Plaintiff,

v.

2. JUVENAL RAMIREZ-BIRRUETA,                  Ronald Gainor
      a/k/a "Jevenal Ramirez,"
3. RAFAEL RAMIREZ-BIRRUETA,                   William Taylor
      a/k/a "Rafael Ramirex,"
      a/k/a "Rafael Ramirezbirrueta,"
7. ANA NEMECIA OROZCO,                        Lisa Moses
      a/k/a "Ana Guereca,"
8. BEATRIZ MUNOZ-CARRILLO,                    Peter Bornstein
      a/k/a "Beatriz Munoz,"
      a/k/a "Beatriz Carillo,"
9. LUZ ELENA RODRIGUEZ-CARRIOLLO,             Thomas Goodreid
      a/k/a "Luz Rodriguez,"
      a/k/a "Luz Carrillo,"
11. JOSE MARTINEZ,                            Nathan Chambers
      a/k/a "Jose E. Martinez-Horta,"
      a/k/a "Juan Encarnacion Horta-Martinez,"
      a/k/a "Juan Martinez-Horta,"
      a/k/a "J. Encarnacion Martinez Horta,"
      a/k/a "J. Encarnacion Martinez,"
      a/k/a "Jose Encarnacion Martinex-Hoerta,"
14. ADRIAN ALLEN ROMERO,                      Scott Jurdem
15. EVARISTO OROSCO,                          Harvey Steinberg
      a/k/a "Evaristo Orozco,"
      a/k/a "Evaristo Gonzalez,"
      a/k/a "Evaristo Orosco-Gonzalez,"

| | |
|---|---|
| 16. MARTHA OROSCO,<br>    a/k/a  "Martha Orozco,"<br>    a/k/a "Martha Enriquez De Orozco," | Richard Stuckey |
| 20. ROBERT J. CLARK,<br>    a/k/a "R.J. Clark," | Michael Arvin |
| 21. JULIANA MONICA ATENCIO, | Thomas Ward |
| 22. ARMANDO MARTINEZ-ANAYA *(presence waived),* and | John Richilano, |
| 23. Cynthia Orosco *(presence waived),* | Dana Casper |

Defendants.

## COURTROOM MINUTES

HEARING: Motions

**9:11 a.m.     Court in session.**

Interpreters sworn, counsel stipulate to the qualification of the interpreters.

Defendants present in custody:     Juvenal Ramirez-Birrueta, Jose Martinez, Shane MacDonald and Benerito Abel Marquez.

Also present:  DEA Agent Albert Villasuso and IRS Agent A.J. Gehring.

### 3. RAFAEL RAMIREZ-BIRRUETA:

**ORDERED:**   Defendant Ramirez-Birrueta's Motion for Severance **(328)** is **denied without prejudice**.

**ORDERED:**   Defendant Ramirez-Birrueta's Motion for Production of Rule 801(D)(2)(E) Materials and for a *James* Determination of Admissibility of Alleged Co-Conspirator Statements **(329)** is **granted** as to Rule 801(D)(2)(E); **granted in part** as to a *James* hearing.  The Government shall prepare a summary affidavit within two weeks of today's date.

**ORDERED:**   Defendant Ramirez-Birrueta's Motion for a Bill of particulars **(330)** is **denied**.

**ORDERED:** Defendant Ramirez-Birrueta's Motion for Discovery is **granted in part and denied in part** as follows:
    1) Names, Addresses - **denied**;
    2) Guilty Verdicts, Prosecutions or Other Bad Acts - **granted**;
    3) Consideration - **granted**;
    4) Grand Jury Transcripts, Other Prior Testimony - **granted**;
    5) False or Inconsistent Statements - **granted**;
    6) Internal Law Enforcement Files - **granted**;
    7) Competency - **granted**;
    8) Polygraph Tests - **denied**.

## 7. ANA NEMECIA OROZCO:

**ORDERED:** Defendant Nemecia Orozco's Motion to Join in Certain Motions Filed by Co-Defendants **(317)** is **granted**.

## 8. BEATRIZ MUNOZ-CARRILLO:

**ORDERED:** Defendant Munoz-Carrillo's Motion to Dismiss the Indictment - Multiplicity **(325)** is **denied as moot**.

**ORDERED:** Defendant Munoz-Carrillo's Motion for Discovery **(326)** is **denied as moot**.

**ORDERED:** Defendant Munoz-Carrillo's Motion to Dismiss Superseding Indictment - Multiplicity **(546)** is **denied**.

**ORDERED:** Defendant Munoz-Carrillo's Motion to Join Motion (docket #545) Filed by Co-Defendant Cynthia Orosco **(569)** is **granted**.

**ORDERED:** Defendant Munoz-Carrillo's Motion for Discovery of Information Concerning Inducements to Witnesses for Their Testimony and Information of Bias or Impairment **(582)** is **granted**.

## 11. JOSE MARTINEZ:

**ORDERED:** Defendant Martinez' Motion for *James* Hearing (*in Limine* Determination of Admissibility of Rule 801(d)(2)(E) Statements **(308)** is **granted in part** in accordance with the Court's ruling.

**10:06 a.m.**     **Court in recess.**
**10:12 a.m.**     **Court in session.**

## 14. ADRIAN ALLEN ROMERO:

**ORDERED:** Defendant Adrian Romero's Motion for Disclosure of Confidential Informants **(318)** is **denied as moot**.

**ORDERED:** Defendant Adrian Romero's Motion to Disclose Grand Jury Material **(319)** is **denied**.

**ORDERED:** Defendant Adrian Romero's Motion for Disclosure of Evidence Favorable to the Accused Not Previously Disclosed by the Prosecution or Previously Requested in Other Motions **(320)** is **denied as moot**.

**ORDERED:** Defendant Adrian Romero's Motion for Early Disclosure of *Jencks* Material **(321)** is **denied as moot**.

**ORDERED:** Defendant Adrian Romero's Motion for Entry of Orders Re: Discovery **(322)** is **denied as moot**.

**ORDERED:** Defendant Adrian Romero's Motion for Notice of the Government's Intended Use of 404(b) Evidence and for a Pre-Trial Hearing to Determine the Admissibility of that Evidence **(323)** is **granted and denied without prejudice in part. Granted** as to 404(b) evidence; **denied** as to pre-trial hearing to determine the admissibility of evidence.

**ORDERED:** Defendant Adrian Romero's Motion for Production of *Bruton* and Rule 801(d)(2)(E) Materials and Motion for *James* Hearing to Determine the Admissibility of Alleged Co-Conspirator/Participant Statements **(324)** is **granted** in accordance with the Court's ruling.

**ORDERED:** Defendant Adrian Romero's Motion for Severance **(335)** is **denied without prejudice**.

**ORDERED:** Defendant Adrian Romero's Motion for a Bill of particulars **(336)** is **denied**.

### 15. EVARISTO OROSCO:

**ORDERED:** Defendant Orosco's Motion to Compel Disclosure or Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment **(539)** is **granted**.

**ORDERED:** Defendant Orosco's Motion for Preservation of Tapes and Notes **(541)** is **granted**.

**ORDERED:** Defendant Orosco's Motion Production of *Bruton* and FRE 801(D)(2)(e) Materials and Motion for Pretrial Determination of Alleged Co-Conspirator Statements **(542)** is **granted** in accordance with the Court's ruling.

**ORDERED:** Defendant Orosco's Motion for Disclosure Pursuant to Rules 404(b) and 609, Federal Rules of Evidence **(543)** is **granted**.

**ORDERED:** Defendant Romero's Report/Statement Concerning Status of Discovery Motions **(626)** is
    A) Interview Reports and Debriefing Materials - **granted**;
    B) Exculpatory and Impeachment Materials - **granted**;
    C) Grand Jury Transcripts - **granted**.

**ORDERED:** Defendant Romero's Oral Motion to File a Motion Based on the *Santos* Decision Out of Time is **granted**.

### 16. MARTHA OROSCO:

**ORDERED:** Defendant Martha Orosco's Motion to Strike Surplusage from Indictment or to Dismiss Count Four **(298)** is **denied without prejudice**.

**ORDERED:** Defendant Martha Orosco's Motion for Discovery of Specific Items **(538)** is **denied as moot**.

### 20. ROBERT J. CLARK:

**ORDERED:** Defendant Clark's Motion to Compel Specific Discovery **(548)** is **granted**.

**ORDERED:** Defendant Clark's Motion to Cure Prejudicial Joinder Through Severance of Defendant Robert J. Clark's Trial in this Matter **(549)** is **denied without prejudice.**

### 21. JULIANA MONICA ATENCIO:

**ORDERED:** Defendant Atencio's Motion for Discovery **(472)** is **denied as moot**.

**ORDERED:** One-half-day suppression hearing for Defendant Robert J. Clark set for **July 10, 2008, at 9:00 a.m.**

**ORDERED:** One-day suppression hearing for remaining defendants set for **July 1, 2008, at 9:00 a.m.**

Defendants remanded to the custody of the United States Marshal.

**10:37 a.m.** **Court in recess/hearing concluded.**

Total in-court time: 1:20