IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | January 9, 2009 | Probation: | Kathryn Devine |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No: **07-cr-00275-WYD**

Counsel:

UNITED STATES OF AMERICA,

James R. Boma

Plaintiff,

v.

**20. ROBERT J. CLARK, a/k/a R. J. Clark**,

Michael F. Arvin

Defendant.

## SENTENCING

**2:33 p.m.**     Court in Session - Defendant present (on-bond) (in-custody)

**Change of Plea Hearing - October 10, 2008**
**Plea of Guilty - count four of Superseding Indictment**

APPEARANCES OF COUNSEL.

Court's opening remarks.

2:34 p.m.     Statement and argument on behalf of Government (Mr. Boma).

2:36 p.m.     Statement and argument on behalf of Defendant (Mr. Arvin).

2:43 p.m.     Statement and argument on behalf of Government (Mr. Boma).

2:49 p.m.     Statement and argument on behalf of Defendant (Mr. Arvin).

2:50 p.m.     Statement by Defendant on his own behalf (Mr. Clark).

Court makes findings.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 [doc. #998], filed December 8, 2008, is **GRANTED.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [doc. #997], filed December 8, 2008, is **GRANTED.**

Order Granting Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility under U.S.S.G. §3E1.1(b) is **APPROVED BY THE COURT.**

**ORDERED:** Defendant is placed on **probation** for a term of **5** years.

**ORDERED:** **Conditions** of **Probation** are:

- (X) Defendant shall not commit another federal, state or local crime.

- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

- (X) Defendant shall comply with standard conditions adopted by the Court.

- (X) Defendant shall not unlawfully possess a controlled substance.

- (X) The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5) for supervised releases cases as the offense is not drug related, and there is no current or past history of substance abuse.

- (X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

- (X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Probation** are:

(X) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless defendant is in compliance with the installment payment schedule.

(X) Defendant shall participate in a program of testing and treatment for alcohol abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

(X) The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

(X) Defendant shall participate in a program of mental health treatment to include an anger management component as approved by the probation officer until such time as the defendant is released from the program by the probation officer.

(X) The defendant shall be placed on home detention for a period of **6** months, to commence within 21 days of **sentencing.** During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephone for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** Defendant shall pay a **fine** of **$15,000.00.** The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the 15th day after the date of judgment. A lump sum payment of $15,000.00 shall be paid in full **within 60 days from the date of sentencing.**

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**3:02 p.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  0:29**