**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00275-WYD-20

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

ROBERT J. CLARK,

   Defendant.

---

**ORDER QUASHING WARRANT AND
VACATING HEARING**

---

   THIS MATTER comes to the attention of the Court upon request by the probation officer to dismiss probation violation proceedings in this case.  The Court, having been advised in the facts and premises of the above case, hereby

   ORDERS the petition for violation of probation, dated the 23rd day of June, 2009, is hereby dismissed and the warrant is quashed.  It is

   FURTHER ORDERED that the defendant is continued on probation under the same terms and conditions with the exception of the six-month home detention condition, which shall be held in abeyance until further notice by this Court.  The Court

   FURTHER ORDERS the probation violation hearing scheduled for Friday, October 23, 2009, at 11:00 a.m., is vacated.

  DATED at Denver, Colorado, this 19th day of October, 2009.

      BY THE COURT:


      s/ Wiley Y. Daniel
      Wiley Y. Daniel
      Chief United States District Judge